FILED '07 FEB 27 12:50 USDC-ORE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

SUSAN L. OLDS-KASSEBAUM,

    Plaintiff,

vs.

JO ANNE B. BARNHART,
Commissioner of Social Security

    Defendant.

Civil No. 06-790-HO

ORDER

Based upon the Stipulation of the parties, it is hereby

ORDERED that attorney fees in the amount of $5084.53 are hereby awarded to plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

Dated: 2/27, 2007.

_____
Hon. Michael R. Hogan
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

s/ Richard A. Sly
RICHARD A. SLY
OSB #63074
(503) 224-0436
Attorney for Plaintiff